# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**STATE OF FLORIDA,**
Appellant,

v.

**ILEANA MOREJON,**
Appellee.

No. 4D13-2869

[April 1, 2015]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marc Gold, Judge; L.T. Case No. 12-12562 CF10A.

Pamela Jo Bondi, Attorney General, Tallahassee, and Emily Ross-Booker, Assistant Attorney General, West Palm Beach, for appellant.

Carey Haughwout, Public Defender, and Melanie Dale Surber, Assistant Public Defender, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See S.J.C. v. State*, 906 So. 2d 1115, 1117 (Fla. 2d DCA 2005).

DAMOORGIAN, C.J., TAYLOR and MAY, JJ., concur.

\*　　　\*　　　\*

*Not final until disposition of timely filed motion for rehearing.*